## Notice of Assignment to Court of Appeals

To: The Clerk of the Court Of Appeals for the Fourteenth Supreme Judicial District Criminal Appeal

August 20, 2015

Cause Number: MD-0348870

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/20/2015 3:36:41 PM
CHRISTOPHER A. PRINE
Clerk

The State of Texas

vs

ELENA ANTOINETTE BRADFORD

Honorable John Grady, Presiding Judge
Connie Nolan, Court Coordinator
Lynette Erskine, Court Reporter

**Attorney of Record:**
Name: Greg Russell, Lead Attorney for Appellant
Address: 711 - 59th Street
Galveston Tx  77551
Telephone Number:  409-497-4743

Name: Greg Russell, Lead Attorney for Appellee
Address: Jack Roady, Criminal District Attorney, 600 59th Street, Suite 1001 Galveston, Texas 77551
Telephone Number:  (409) 766-2373

Date of Judgment: August 18, 2015

Nature of Action: Prof Fail To Make Req Child Abuse Report

Disposition of Case: Finding of Guilty

Jury trial:  Yes

Appeals consolidated under this cause:  None

Companion cases (if known): None

Amount of Appeal Bond:  $2,000.00 Dollars Cash or Property

Notice of Appeal Filed: August 19, 2015

Appeal Bond Filed on: August 19, 2015

Appellant Confined: Yes          Date: August 18, 2015

**Punishment Assessed:**

Fine: $0.00; Jail Confinement:  365days confinement probated for 24 Months in the Galveston County Jail and all Court Costs incurred.

Trial Counsel was: Kimberly Moss, Attorney at Law

Dwight D. Sullivan, County Clerk
County Court at Law No. 1
Galveston County, Texas

By: /s/Aimee Roe Deputy
　　　Aimee Roe